1  DAVID A. ROSENFELD
   WEINBERG, ROGER & ROSENFELD
2  A Professional Corporation
   1001 Marina Village Parkway, Suite 200
3  Alameda, CA  94501-1901
   Telephone:    510.337.1001
4  Facsimile:    510.337.1023
   E-mail: drosenfeld@unioncounsel.net
5
   Attorneys for Petitioner
6  PAINT, VARNISH & LACQUER MAKERS,
   LOCAL UNION 1053
7

8  RICHARD H. HARDING, Bar No. 053698
   JAMES Y. WU, Bar No. 213090
9  LISA C. CHAGALA, Bar No. 217883
   LITTLER MENDELSON
10 A Professional Corporation
   2175 North California Blvd., Suite 835
11 Walnut Creek, CA  94596.3565
   Telephone:    925.932.2468
12 Facsimile:    925.946.9809
   E-mail: rharding@littler.com
13 E-mail: jywu@littler.com
   E-mail: lchagala@littler.com
14
   Attorneys for Respondent
15 KELLY-MOORE PAINT COMPANY, INC.

16
17                   UNITED STATES DISTRICT COURT
18                  NORTHERN DISTRICT OF CALIFORNIA
19                     SAN FRANCISCO DIVISION

| | |
|---|---|
| PAINT, VARNISH & LACQUER MAKERS, LOCAL UNION 1053,<br><br>Petitioner,<br><br>v.<br><br>KELLY-MOORE PAINT COMPANY, INC.,<br><br>Respondent. | Case No.  C-06-7301-JSW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT**<br><br>DATE:  NOVEMBER 16, 2007<br>TIME:  9:00 A.M.<br>ROOM:  2<br>JUDGE: HON. JEFFREY S. WHITE |

JOINT STIPULATION AND [PROPOSED]
ORDER RE BRIEFING SCHEDULE FOR                (CASE No.  C-06-7301-JSW)
CROSS-MOTIONS FOR SUM. JUDGMENT

LITTLER MENDELSON
A Professional Corporation
2175 North California Blvd.
Suite 835
Walnut Creek, CA  94596.3565
925.932.2468

1  Pursuant to this Court's Civil Minute Order dated April 13, 2007 and Civil Local
2  Rule 7-12, Petitioner PAINT, VARNISH & LACQUER MAKERS, LOCAL UNION 1053
3  ("Petitioner" or "Union") and Respondent KELLY-MOORE PAINT COMPANY, INC.
4  ("Respondent" or "Kelly-Moore") submit this Joint Stipulation and [Proposed] Order re: Briefing
5  Schedule For Cross-motions for Summary Judgment.
6  Whereas, on April 13, 2007, this Court ordered the parties to meet and confer and
7  submit a briefing schedule concerning their cross-motions for summary judgment that provides for
8  four briefs and three weeks between Kelly-Moore's reply and the hearing date of November 16,
9  2007;
10  Whereas, pursuant to that Court order, the parties have met and conferred and jointly
11  stipulate to the following briefing schedule concerning their cross-motions for summary judgment:
12  On or before August 9, 2007:  Petitioner's opening brief;
13  On or before September 6, 2007:  Respondent's opposition to Petitioner's motion and
14  Respondent's opening brief;
15  On or before October 4, 2007:  Petitioner's reply brief and opposition to
16  Respondent's motion;
17  On or before October 25, 2007:  Respondent's reply brief.
18  / / /
19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2175 North California Blvd.
Suite 835
Walnut Creek, CA  94596.3565
925.932.2468

JOINT STIPULATION AND [PROPOSED]
ORDER RE BRIEFING SCHEDULE FOR         2.                  (CASE No. C-06-7301-JSW)
CROSS-MOTIONS FOR SUM. JUDGMENT

1 | Dated: June 20, 2007

3 | /s/ David A. Rosenfeld
DAVID A. ROSENFELD
WEINBERG, ROGER, ROSENFELD
A Professional Corporation
Attorneys for Petitioner
PAINT, VARNISH & LACQUER MAKERS,
LOCAL UNION 1053

7 | Dated: June 20, 2007

9 | /s/ James Y. Wu
RICHARD H. HARDING
JAMES Y. WU
LISA C. CHAGALA
LITTLER MENDELSON,
A Professional Corporation
Attorneys for Respondent
KELLY-MOORE PAINT COMPANY, INC.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June 21, 2007

_____
THE HONORABLE JEFFREY S. WHITE

Firmwide:82545462.1 001665.1089

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2175 North California Blvd.
Suite 835
Walnut Creek, CA 94596.3565
925.932.2468

JOINT STIPULATION AND [PROPOSED]
ORDER RE BRIEFING SCHEDULE FOR    3.    (CASE No. C-06-7301-JSW)
CROSS-MOTIONS FOR SUM. JUDGMENT