DAVID A. ROSENFELD, Bar No. 058163
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501-1091
Telephone: 510.337.1001
Facsimile: 510.337.1023
E-mail: drosenfeld@unioncounsel.net

Attorneys for Petitioner
PAINT, VARNISH & LACQUER MAKERS,
LOCAL UNION 1053

RICHARD H. HARDING, Bar No. 053698
JAMES Y. WU, Bar No. 213090
LITTLER MENDELSON
A Professional Corporation
1255 Treat Blvd., Suite 600
Walnut Creek, CA 94597
Telephone: 925.932.2468
Facsimile: 925.946.9809
E-mail: rharding@littler.com
E-mail: jywu@littler.com

Attorneys for Respondent
KELLY-MOORE PAINT COMPANY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PAINT, VARNISH & LACQUER MAKERS, LOCAL UNION 1053,<br><br>Petitioner,<br><br>v.<br><br>KELLY-MOORE PAINT COMPANY, INC.,<br><br>Respondent. | Case No. C-06-7301-JSW<br><br>**JOINT STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>[Fed. R. Civ. Proc. 41(a)(1)]<br><br>Judge: Jeffrey S. White |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
1255 Treat Blvd
Suite 600
Walnut Creek CA 94597
925 932 2463

JOINT STIPULATION AND ORDER TO
DISMISS ENTIRE ACTION WITH
PREJUDICE

(CASE No. C-06-7301-JSW)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and Civil Local Rule 7-12, it is hereby stipulated by and between Petitioner PAINT, VARNISH & LACQUER MAKERS, LOCAL UNION 1053 and Respondent KELLY-MOORE PAINT COMPANY, INC., by and through their designated counsel that the above-captioned action is hereby dismissed with prejudice in its entirety, and that he parties shall each bear their own costs and fees.

**IT IS SO STIPULATED.**

Dated: August 8, 2007

/s/ David A. Rosenfeld
DAVID A. ROSENFELD
WEINBERG, ROGER, ROSENFELD
A Professional Corporation
Attorneys for Petitioner
PAINT, VARNISH & LACQUER MAKERS, LOCAL UNION 1053

Dated: August 8, 2007

/s/ James Y. Wu
RICHARD H. HARDING
JAMES Y. WU
LITTLER MENDELSON,
A Professional Corporation
Attorneys for Respondent
KELLY-MOORE PAINT COMPANY, INC.

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: August 9, 2007

THE HONORABLE JEFFREY S. WHITE
Judge, U.S. District Court,
Northern District of California

Firmwide:82900046.1 001665.1089